UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DWAYNE DOUGLAS GEORGE,<br><br>    Defendant. | Case No. CR21-174-10 JCC<br><br>DETENTION ORDER |

Offenses charged:

    Mr. George is charged with conspiracy to distribute controlled substances, 21 U.S.C. § 841(a)(1) and (b)(1)(A), and there is an allegation of forfeiture. The Court held a detention hearing on December 1, 2021, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

    2.    Mr. George poses a risk of nonappearance due to his lengthy history of failures to appear, conviction for bail jumping, and noncompliance while under supervision.

    Mr. George poses a risk of danger due to the nature of the offense. Based on these

DETENTION ORDER - 1

findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. George's appearance at future court hearings while addressing the danger to other persons or the community.

3.  Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. George as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1)  Mr. George shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)  Mr. George shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. George is confined shall deliver Mr. George to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DETENTION ORDER - 2

Dated this <u>2nd</u> day of December, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3