JUDGE MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>DWAYNE DOUGLAS GEORGE,<br><br>　　　　Defendant. | NO. 2:21-CR-00174-JCC<br><br>AGREED ORDER FOR TEMPORARY RELEASE FROM CUSTODY TO ATTEND MEMORIAL SERVICE<br><br>Note for Consideration May 20, 2022 |

　　THIS MATTER has come before the undersigned on the motion of Dwayne George for temporary release from custody at the Federal Detention Center (FDC), on May 21, 2022, for his attendance at his stepbrother's memorial service. The motion is granted with the following provisions, which are agreed to by pretrial services and the government:

　　1) Mr. George shall be released from the Federal Detention Center- SeaTac no later than 1:00 PM on Saturday, May 21, 2022.

　　2) He shall be released to the third-party custody of Mary Rafferty.

-1-

| | |
|---|---|
| **PROPOSED ORDER FOR TEMPORARY RELEASE TO ATTEND FAMILY MEMORIAL** | **The Law Offices of David Hammerstad**<br>1000 2nd Ave Suite 3140<br>Seattle, Washington 98104<br>Tel. 206.445.0215 –Fax 206.267.0349<br>e-mail: david@hammerstadlaw.com |

3) During his temporary release, Mr. George shall be allowed to attend his stepbrother's memorial at Ms. Kim Meigel's residence in Spanaway, Washington. He shall either be in transit to and from the memorial, and at all times be in the company of Mary Rafferty.

4) The defendant shall self-surrender himself to the Federal Detention Center-SeaTac no later than 6:00 PM on Saturday, May 21, 2022.

5) The defendant shall be subject to the Federal Detention Center's policies regarding a return from this temporary release.

The Court has considered the motion and records in this case and hereby grants defendant's motion for release subject to the terms set forth in this order.

IT IS SO ORDERED.

DONE this 18th day of May, 2022.

_____
MICHELLE PETERSON
U.S. MAGISTRATE JUDGE

Presented by:

 /s/ David Hammerstad____
David Hammerstad #34255
Attorney at Law
Law Offices of David Hammerstad
1000 2nd Ave, Suite 3140
Seattle, WA 98104
(206) 445-0215
(206) 267-0349(fax)
david@hammerstadlaw.com

-2-

PROPOSED ORDER FOR TEMPORARY RELEASE TO ATTEND FAMILY MEMORIAL

The Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.267.0349
e-mail: david@hammerstadlaw.com

/s/ Joshua Saunders
Joshua R. Saunders #50510
Attorney at Law
Law Office of Joshua R. Saunders, PLLC
533 Martin Luther King Jr. Way S
Seattle, WA 98144
(253) 245-3553
jrsaunderslaw@gmail.com

-3-

PROPOSED ORDER FOR TEMPORARY RELEASE TO ATTEND FAMILY MEMORIAL

The Law Offices of David Hammerstad
1000 2nd Ave Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.267.0349
e-mail: david@hammerstadlaw.com